IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15 CV 215

| | |
|---|---|
| MOTO GROUP, LLC d/b/a RINEHART RACING, and MATTHEW BOOZER, ) ) ) Plaintiffs ) ) V ) ) MODERN INDUSTRIES, INC., ) ) Defendant. ) | **ORDER** |

**THIS MATTER** is before the court on James W. Kilbourne, Jr.'s Application for Admission to Practice *Pro Hac Vice* of Gery T. Nietupski. It appearing that Gery T. Nietupski is a member in good standing with the Pennsylvania State Bar and will be appearing with James W. Kilbourne, Jr., a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that James W. Kilbourne, Jr.'s Application for Admission to Practice *Pro Hac Vice* (#10) of Gery T. Nietupski is

**GRANTED**, and that Gery T. Nietupski is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with James W. Kilbourne, Jr.

Signed: October 23, 2015

Dennis L. Howell
United States Magistrate Judge

2