IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15cv215

| | | |
|---|---|---|
| MOTO GROUP, LLC, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MODERN INDUSTRIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Pending before the Court is the Motion to Dismiss [# 20]. Plaintiffs moved to dismiss Counterclaims One and Three asserted by Defendant in its Answer to the Amended Complaint. Subsequently, Defendant filed an Amended Answer and Amended Counterclaims. The filing of an amended pleading supersedes the original pleading and renders it void of any legal function in the case. Young v. City of Mount Ranier, 238 F.3d 567, 572 (4th Cir. 2001). Accordingly, the Court **DENIES as moot** the Motion to Dismiss [# 20].

.

Signed: March 30, 2016

Dennis L. Howell
United States Magistrate Judge

1